IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | EP-25-CR-2176-DB(1) |
| | § | |
| v. | § | |
| | § | |
| TAYLOR ADAM LEE | | |

### ORDER

On this day, the Court considered Defendant's Motion for Continuance, made orally during Docket Call on January 8, 2026, in the above-captioned cause. The motion as made because Defendant needs additional time to prepare due to complex discovery issues in the case and for plea negotiations. After due consideration, the Court is of the opinion that the motion should be granted.

In order to allow defense counsel the necessary reasonable amount of time to effectively prepare, the Court finds that the interests of justice outweigh the Defendant's and the public's interests in a speedy trial. *See* 18 U.S.C.A. § 3161(h)(7)(A) (West 2008). As such, the Court concludes that the time from January 8, 2026, through April 2, 2026, is excludable within the meaning of the Speedy Trial Act, 18 U.S.C.A. §§ 3161, *et seq.* See 18 U.S.C.A. § 3161(h).

Accordingly, it is hereby ORDERED that Defendant's Motion for Continuance is GRANTED. This cause is rescheduled for Docket Call on April 2, 2026 at 1:30 P.M.

SIGNED this 8th day of January 2026.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE